| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | STANLEY A. BOONE<br>Assistant U.S. Attorney |
| 3 | 4401 Federal Building<br>2500 Tulare Street |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |

**FILED**

OCT 3 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01: 07-CR-00273 LJO |
| Plaintiff, | ) | |
| v. | ) | ORDER UNSEALING INDICTMENT AND WARRANTS OF ARREST |
| JOHN ESCALERA, | ) | |
| Defendants. | ) | |

The indictment and warrant of arrest in this case, having been sealed by Order of this Court pursuant, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the indictment and warrants of arrest be unsealed and made public record.

DATED: 10/31/07

_____
United States Magistrate Judge